## Brunstetter, Appellant, *v.* Brunstetter.

Argued December 10, 1969. *James R. Whitman,* with him *Lewis, Brubaker, Whitman & Christianson,* for appellant; *H. Rank Bickel, Jr.,* with him *Robert E. Siegrist,* and *Siegrist, Koller & Siegrist,* for appellee.

OPINION PER CURIAM: Order affirmed. Having made an independent study of the entire record, we are of the opinion that the court below properly refused a decree in divorce in this case.

## Bynon et al., Appellants, *v.* White.

Argued December 12, 1969. *John M. Yarema,* with him *Martin H. Philip,* for appellants; *Roger N. Nanovic,* with him *Nanovic & McKinley,* for appellees.

Order affirmed.

WATKINS, J., absent.